# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **8:07CR436** |
| | ) | |
| **JAMES FRANK MOORE,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

Plaintiff requests a continuance of the trial now set for February 26, 2008. The court finds that plaintiff has not shown good cause for a continuance.

**IT IS ORDERED** that the Motion to Continue Trial [41] is denied.

**DATED February 25, 2008.**

>                          BY THE COURT:
>
>                          s/ F.A. Gossett
>                          **United States Magistrate Judge**