# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR436** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JAMES FRANK MOORE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motions to restrict pursuant to the E-Government Act (Filing Nos. 59, 60). The Assistant United States Attorney does not object to the motions.

In Filing No. 59, the Defendant asks to restrict Filing No. 60, which explains the reasons for requesting restriction of the document in question.

IT IS ORDERED:

1. The Defendant's motions to restrict pursuant to the E-Government Act (Filing Nos. 59, 60) are granted; and

2. The following documents shall be restricted pursuant to the E-Government Act:

    a. the Defendant's motion (Filing No. 60);

    b. the partial transcript (Filing No. 39).

DATED this 1st day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge